*E-FILED - 5/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES DAVIS, JR., ) | No. C 09-0655 RMW (PR) |
| ) | |
| Plaintiff, ) | ORDER DIRECTING |
| ) | CLERK TO RE-ISSUE |
| v. ) | SUMMONS |
| ) | |
| GOV. ARNOLD ) | |
| SCHWARZENEGGER, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 18, 2009, the court ordered service on defendants. On April 21, 2009, plaintiff wrote a letter to the court seeking to correct spelling of the names of two defendants. Plaintiff had named Dr. Sal, M.D. and Dr. Vu, M.D. as defendants. He now reports that the correct spelling of their names are Dr. Bal, M.D., Healthcare Manager of CSP-Sacramento, and Dr. Vuong Minh Duc, M.D. of CSP-Sacramento. Based on the information provided by plaintiff, the court orders the clerk to re-issue summons to these two defendants.

It is hereby ordered as follows:

1.  The clerk shall re-issue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint in this matter (docket no. 1), all attachments thereto, a copy of the court's order filed March 18, 2009 (docket no. 7),

1 and a copy of this order to Dr. Bal, M.D., Healthcare Manager of CSP-Sacramento, and
2 Dr. Vuong Minh Duc, M.D. of CSP-Sacramento. The clerk shall also serve a copy of this
3 order on plaintiff.
4     2.    The clerk shall make the necessary changes to the spelling of the names of
5 Dr. Sal and Dr. Vu, who are listed as defendants in this action. The court file should
6 reflect the correct spelling of their names as Dr. Bal and Dr. Vuong Minh Duc,
7 respectively.
8     IT IS SO ORDERED.
9 DATED: 5/6/09

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge