IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES DAVIS, JR., | No. C 09-0655 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| GOVERNOR ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | (Docket No. 49) |

Good cause appearing, plaintiff is hereby GRANTED an extension of time in which to file his opposition to defendants' motion for summary judgment.

Plaintiff shall file his opposition to defendants' motion for summary judgment by February 13, 2010. Defendants shall file a reply brief no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

This order terminates docket no. 49.

IT IS SO ORDERED.

Dated: 2/8/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Extension of Time to File Opposition to Defendants' Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Davis655.EOT-OppoMSJ.wpd