IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES DAVIS, JR., | No. C 09-0655 RMW (PR) |
| Plaintiff, | ORDER OF DISMISSAL OF CLAIMS AGAINST UNSERVED DEFENDANTS WITHOUT PREJUDICE |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that medical staff at California State Prison, San Quentin, and California State Prison, Sacramento were deliberately indifferent to his medical needs. On April 28, 2009, the court issued summons to all named defendants. On June 16, 2009, summons were returned unexecuted as to defendant Nurse Johnson and defendant Dr. St. Clair. On November 10, 2009, the court ordered plaintiff to locate both unserved defendants and provide the court with accurate and current location information or face dismissal of both defendants.

The court's order cautioned plaintiff that, "plaintiff must provide the court with defendants Nurse Johnson's and Dr. St. Clair's accurate and current location . . . Failure to do so within thirty days of the date this order is filed will result in the dismissal of the claims against those defendants." More than thirty days from the date of that order have passed, and plaintiff has not provided the court with any further identifying or location information for either

defendant Nurse Johnson or defendant Dr. St. Clair.

Accordingly, defendant Nurse Johnson and defendant Dr. St. Clair are DISMISSED from this action without prejudice.

IT IS SO ORDERED.

DATED: 2/8/10

RONALD M. WHYTE
United States District Judge

Order of Dismissal of Claims Against Unserved Defendants Without Prejudice
P:\PRO-SE\SJ.Rmw\CR.09\Davis655dis4m.wpd   2