*E-FILED - 6/29/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES DAVIS, JR., | ) No. C 09-0655 RMW (PR) |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| ARNOLD SCHWARZENEGGER, et al., | ) |
| Defendants. | ) |

The court has granted defendants' motion for summary judgment. Judgment is entered in favor of defendants and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/29/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Davis655jud.wpd